IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL E. GREEN                                                  PLAINTIFF

                v.                     Civil No. 6:17-CV-06052

LIGGETT, *et. al.*                                               DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 21st day of September 2017.

                                                                    /s/ P. K. Holmes, III
                                                                    HON. P. K. HOLMES, III
                                                                    CHIEF U.S. DISTRICT JUDGE